SCWC-11-0000773

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BARBARA ELLEN SHERRILL,
Petitioner/Petitioner-Appellant,

vs.

ESTATE OF THOMAS MICHAEL PICO, JR.,
also known as, THOMAS M. PICO, JR.,
Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000773; P. NO. 10-1-0254 (Formal))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Barbara Ellen Sherrill's application for writ of certiorari filed on April 13, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 18, 2015.

Barbara Ellen Sherrill         /s/ Mark E. Recktenwald
petitioner pro se

                               /s/ Paula A. Nakayama
Randall M.L. Yee
for respondent                 /s/ Sabrina S. McKenna

                               /s/ Richard W. Pollack

                               /s/ Michael D. Wilson

